NO. 07-02-00300-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
FEBRUARY 16, 2011
--------------------------------------------------------------------------------

 
 HUGO PIMIENTA, APPELLANT
 
 v.
 
 WOODFOREST NATIONAL BANK, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 359TH DISTRICT COURT OF MONTGOMERY COUNTY;
 
 NO. 01-09-06078 CV; HONORABLE JAMES H. KEESHAN JR, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 ON MOTION TO DISMISS

 
 Appellant Hugo Pimienta has filed a motion to dismiss this appeal because he was granted a discharge in his Chapter 7 bankruptcy proceeding. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). All costs related to this appeal are assessed against appellant. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

 James T. Campbell
 Justice